1  Marc V. Kalagian
   Attorney at Law: 149034
2  Law Offices of Rohlfing & Kalagian, LLP
   211 East Ocean Boulevard, Suite 420
3  Long Beach, CA 90802
   Tel.: (562)437-7006
4  Fax: (562)432-2935
   E-mail: rohlfing.kalagian@rksslaw.com
5
   Attorneys for Plaintiff
6  Maria Carmen L Felix

7
8              **UNITED STATES DISTRICT COURT**
               **CENTRAL DISTRICT OF CALIFORNIA**
9                    **WESTERN DIVISION**

10

11 | MARIA CARMEN L FELIX,              ) Case No.: EDCV 12-357 FFM
12 |                                    )
   |         Plaintiff,                 ) /~~PROPOSED~~/ ORDER OF
13 |                                    ) DISMISSAL
   |     vs.                            )
14 | MICHAEL J. ASTRUE,                 )
   | Commissioner of Social Security,   )
15 |                                    )
   |                                    )
16 |         Defendant.                 )
17 |_____)

18
       The above captioned matter is dismissed with prejudice, each party to bear
19
   its own fees, costs, and expenses.
20
       IT IS SO ORDERED.
21

22 DATE:  September 18, 2012

23
                              /S/ FREDERICK F. MUMM
24                            FREDERICK F. MUMM
                           UNITED STATES MAGISTRATE JUDGE
25

26

-1-